UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CARTER SR.,<br><br>                    Plaintiff,<br><br>-against-<br><br>MORGES, NEW YORK STATE CORRECTION OFFICER (MALE MELENDEZ, NEW YORK STATE (MALE HISPANIC) CORRECTION OFFICER; SERGEANT JOHN DOE, MALE WHITE AT DOWNSTATE CORRECTIONAL FACILITY; ALL WHO WORKED 7AM-3PM ON MAY 14, 2019, (3) DEFENDANTS,<br><br>                    Defendants. | 20-CV-3367 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 18, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Chambers will mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 18, 2020
         New York, New York

                                            _____
                                                    Louis L. Stanton
                                                       U.S.D.J.